7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Rachel Ann Madearis
*Debtor*

*Bankruptcy Case No.*
14–42569–can7

**Rachel Ann Madearis**
　Plaintiff(s)

*Adversary Case No.*
15–04175–can

v.

**US Department of Education**
**AES**
**Bank of America**
**University of Missouri at Kansas City**
**FCDB PSL Trust 2010**
　Defendant(s)

## JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the debts owed to Defendants Bank of America and FCDB PSL Trust 2010 by Plaintiff Rachel Ann Madearis are deemed dischargeable under 11 U.S.C.§523(a)(8).

　　　　　　　　　　　　　　　　　　　　　　　PAIGE WYMORE–WYNN
　　　　　　　　　　　　　　　　　　　　　　　Acting Court Executive

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jamie McAdams
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date of issuance: 5/19/16

Court to serve